# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INGENIADOR, LLC,<br><br>　　　　Defendant. | Case No. 12-cv-02531 NC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 11 |

In accordance with the notice of dismissal filed by plaintiff EMC Corporation under Federal Rule of Civil Procedure 41(a)(1)(A), Dkt. No. 11, this action is dismissed without prejudice.

.IT IS SO ORDERED.

Date: May 24, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-02531 NC
ORDER DISMISSING ACTION
WITHOUT PREJUDICE