# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INGENIADOR, LLC,<br><br>　　　　Defendant. | Case No. 12-cv-02531 NC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 11 |

In accordance with the notice of dismissal filed by plaintiff EMC Corporation under Federal Rule of Civil Procedure 41(a)(1)(A), Dkt. No. 11, this action is dismissed without prejudice.

.IT IS SO ORDERED.

Date: May 24, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge